**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-1839**

───────────

UNDER SEAL,

        Plaintiff - Appellant,

    v.

VIRGINIA BOARD OF MEDICINE,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:20-cv-01406-MSN-WBP)

───────────

Submitted:  November 14, 2025           Decided:  November 25, 2025

───────────

Before GREGORY and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Under Seal, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Appellant Under Seal appeals the district court's orders dismissing Appellant's complaint seeking damages from the Appellee pursuant to 42 U.S.C. § 1983 and denying Appellant's motion for reconsideration. The district court concluded the complaint was barred by the Eleventh Amendment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Kentucky v. Graham*, 473 U.S. 159, 169 (1985); *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 66-67 (1989); *Regents of the Univ. of Cal. v. Doe*, 519 U.S. 425, 429-30 (1997). We grant the pending motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*